IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 14-214 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| WARDEN MARK CAPOZZA, *et al.*, | ) | Magistrate Judge Robert C. Mitchell |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 11, 2016, the Magistrate Judge issued a Report (Doc. 20) recommending that Petitioner's Motion under Rule 60(b) (Doc. 18) be denied. Service of the Report and Recommendation was made, and Petitioner has filed Objections. *See* Doc. 23.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Petitioner's Motion under Rule 60(b) (**Doc. 18**) is **DENIED**, and the Report and Recommendation dated January 11, 2016 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

February 25, 2016             s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via ECF email notification):

All counsel of record